# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | |
|---|---|
| **EMORY STEVEN CHANDLER,** | : |
| Plaintiff, | : |
| v. | : Civil Action No. |
| | : 5:10-CV-347 (CAR) |
| **Clerk LEROY S WILEY, et al.,** | : |
| Defendants. | : |

## ORDER ON THE REPORT AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE

Before the Court is the United States Magistrate Judge's Recommendation [Doc.8] to dismiss certain parties and claims from the present action. An Objection the Recommendation was filed. The Court has thoroughly considered Plaintiff's Objection [Doc. 10] and has made a *de novo* determination of the portions of the Recommendation to which Plaintiff objects. After careful consideration, the Court accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge. The Recommendation of the United States Magistrate Judge is therefore **ADOPTED** and **MADE THE ORDER OF THE COURT**.

SO ORDERED, this 25th day of February, 2011.

S/ C. Ashley Royal
C. ASHLEY ROYAL, JUDGE
UNITED STATES DISTRICT COURT

jlr